IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30754
Conference Calendar

_____


DREW MICHAEL PIZZO,

Plaintiff-Appellant,

versus

RICHARD STALDER, SECRETARY,
ET AL.,

Defendants-Appellees.

----------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CV-3371-B
----------------------
August 26, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

Drew Michael Pizzo, Louisiana inmate #31376, seeks to proceed in forma pauperis (IFP) in the appeal of the dismissal of his civil rights complaint as frivolous under 28 U.S.C. §§ 1915(e)and 1915(A). By moving for IFP, Pizzo is challenging the district court's certification that IFP status should not be granted on appeal because his appeal is not taken in good faith. See Baugh v. Taylor, 117 F.3d 197, 202 (5th Cir. 1997).

Because Pizzo fails to show that he will raise a nonfrivolous issue on appeal, his motion to proceed IFP is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

DENIED.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 220 (5th Cir. 1983).

Because the appeal is frivolous, it is DISMISSED.  5TH CIR. R.

42.2.

IFP DENIED.  APPEAL DISMISSED.